**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION**

| In the matter of | |
|---|---|
| **MATTHEW RICE**<br>**VALORIE RICE** | Case No. **10-64644-CKP**<br><br>Chapter 7 |
| Debtor(s) | Judge **C. KATHRYN PRESTON** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

## TO THE CLERK OF THE COURT

The attached check in the amount of (1)$2.50 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| GE MONEY BANK<br>25 SE 2nd Ave. Suite 1120<br>Miami, FL 33131-1605 | 19 | $2.50 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $2.50 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated:   11/2/2011

/s/ Clyde Hardesty

Clyde C. Hardesty

cc: U.S. Trustee